1  BOWMAN AND BROOKE LLP
   Robert S. Robinson, SBN 131461
2  Nevin C. Brownfield, SBN 225175
   879 West 190th Street, Suite 700
3  Gardena, California 90248-4227
   Tel:  (310) 768-3068
4  Fax: (310) 719-1019

5  Attorneys for Defendants AFFINIA GROUP INC. (erroneously sued
   as "AFFINIA PRODUCTS CORPORATION"), BECK/ARNLEY
6  WORLDPARTS CORPORATION, DANA CORPORATION, and
   HERITAGE EQUITY GROUP, INC.

7  Meegan, Hanschu & Kassenbrock
8  Peter J. Pullen, Esq., SBN 109388
   1545 River Park Drive, Suite 550
9  Sacramento, CA 95815
   Tel:  (916) 925-1800
10 Fax: (916) 925-1265

11 Attorneys for Plaintiff AUTOMOTIVE IMPORTING
   MANUFACTURING, INC.

12

13               **IN THE UNITED STATES DISTRICT COURT**

14                  **EASTERN DISTRICT OF CALIFORNIA**

15 AUTOMOTIVE IMPORTING
16 MANUFACTURING, INC.,              ) **CASE NO: 2:05-CV-01577-MCE-PAN**
                                     )
17                                   ) **(Removed from Sacramento**
          Plaintiff,                 ) **County Superior Court, Case**
18                                   ) **No. 05AS02872)**
   v.                                )
19                                   )
   BECK/ARNLEY WORLDPARTS            ) **STIPULATION OF PARTIES STAYING**
20 CORPORATION, a Delaware           ) **ENTIRE MATTER AND ALL DATES**
   corporation, DANA CORPORATION,    ) **WHILE PARTIES COMPLETE**
21 a Virginia corporation, THE       ) **PRIVATE MEDIATION**
   CYPRESS GROUP, a New York         ) **(PER LOCAL RULE 6-144); ORDER**
22 company, AFFINIA PRODUCTS         ) **THEREON**
   CORPORATION, a Delaware           )
23 corporation, also known as AFFINIA) Action Removed: 08/09/05
   or AFFINIA GROUP, INC., and       )
24 HERITAGE EQUITY GROUP, INC.,      ) Action Filed in
   a corporation, and DOES 1 through ) Superior Court:    06/30/05
25 100, inclusive,                   )
                                     ) Trial Date:  None
26        Defendants.                )
                                     )
27 _____

28

                                  1

**TO THE HONORABLE MORRISON C. ENGLAND, JR., JUDGE OF THE DISTRICT COURT:**

Plaintiff Automotive Importing Manufacturing, Inc., on the one hand, and Defendants Beck/Arnley Worldparts Corporation, Dana Corporation, Affinia Group Inc. (erroneously sued as "Affinia Products Corporation"), and Heritage Equity Group, Inc., on the one hand, hereby stipulate, as follows:

## RECITALS

1. Plaintiff Automotive Importing Manufacturing, Inc. initiated this case on June 30, 2005 in the Sacramento Superior Court as Case No. 05AS02872;

2. Defendants removed this case to The United States District Court for the Eastern District of California on August 9, 2005;

3. The Parties, through their respective counsel, have agreed to undertake a private mediation before mediator Don Pearson, Esq.;

4. The Parties believe a 75-day stay of the matter will save costs associated with this matter and will foster resolution of the case;

5. The Parties believe that it will avoid costs and expenses, and is otherwise in the interest of justice, to institute a 75-day stay of the matter and all dates, including the filing of responsive pleadings, making of initial disclosures, and holding of status conferences and other hearings, to November 29, 2005.

## STIPULATION

Plaintiff Automotive Importing Manufacturing, Inc., by and through its counsel of record, Meegan, Hanschu & Kassenbrock, and Defendants Beck/Arnley Worldparts Corporation, Dana Corporation, Affinia Group Inc. (erroneously sued as "Affinia Products Corporation"), and Heritage Equity Group, Inc. by and through their counsel of record, Bowman and Brooke

1  LLP, hereby stipulate to stay this matter for 75 days, including the filing of
2  responsive pleadings, making of initial disclosures, and holding of status
3  conferences and other hearings and all dates, to and including November
4  29, 2005, while the Parties complete private mediation.

6      IT IS SO STIPULATED.

7  DATED:  September _____, 2005    MEEGAN, HANSCHU &
8      KASSENBROCK

10     By: _____
11     Peter J. Pullen
    Attorneys for Plaintiff,
    AUTOMOTIVE IMPORTING
12     MANUFACTURING, INC.

14 DATED:  September_____, 2005    BOWMAN AND BROOKE LLP

16     By: _____
17     Robert S. Robinson
    Nevin C. Brownfield
    Attorneys for Defendant AFFINIA
18     GROUP INC. (erroneously sued
    herein as "AFFINIA PRODUCTS
19     CORPORATION"), DANA
    CORPORATION, BECK/ARNLEY
20     WORLDPARTS CORPORATION,
    and HERITAGE EQUITY GROUP,
21     INC.

23     IT IS SO ORDERED.

25 DATED: September 20, 2005

    [signature]
26 _____
27 MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE