```
BOWMAN AND BROOKE LLP
Robert S. Robinson, SBN 131461
Nevin C. Brownfield, SBN 225175
879 West 190th Street, Suite 700
Gardena, California 90248-4227
Tel:  (310) 768-3068
Fax:  (310) 719-1019
```

Attorneys for Defendants AFFINIA GROUP, INC., erroneously sued herein as AFFINIA PRODUCTS CORPORATION, BECK/ARNLEY WORLDPARTS CORPORATION, DANA CORPORATION, and HERITAGE EQUITY GROUP, INC.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE IMPORTING MANUFACTURING, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BECK/ARNLEY WORLDPARTS CORPORATION, a Delaware corporation, DANA CORPORATION, a Virginia corporation, THE CYPRESS GROUP, a New York company, AFFINIA PRODUCTS CORPORATION, a Delaware corporation, also known as AFFINIA or AFFINIA GROUP, INC., and HERITAGE EQUITY GROUP, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | NO:  2:05-CV-01577-MCE-PAN (Removed from Sacramento County Superior Court, Case No. 05AS02872)<br><br>Case Assigned to Honorable Morrison C. England, Jr.<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE MORRISON C. ENGLAND, JR., JUDGE OF THE UNITED STATES DISTRICT COURT:**

Plaintiff Automotive Importing Manufacturing, Inc. and Defendants Affinia Group, Inc. (erroneously sued herein as Affinia Products Corporation), Beck/Arnley Worldparts Corporation, Dana Corporation,

1  and Heritage Equity Group, Inc. attended a mediation in this matter which
2  resulted in a settlement.  The Parties currently are circulating documents
3  to effect the settlement, and when the Settlement Agreement is signed,
4  the Parties intend to file with the Court a Stipulation for Dismissal and
5  Proposed Order, which includes a reservation by the Court of jurisdiction
6  to enforce the settlement.  The Parties appreciate the Court granting a
7  stay of this matter pending the mediation, which was successful.

DATED: December 7, 2005          BOWMAN AND BROOKE LLP


                                  By: /s/ Nevin C. Brownfield
                                  Robert S. Robinson
                                  Nevin C. Brownfield
                                  Attorneys for Defendant AFFINIA
                                  GROUP, INC., sued herein as
                                  AFFINIA PRODUCTS
                                  CORPORATION, DANA
                                  CORPORATION, BECK/ARNLEY
                                  WORLDPARTS CORPORATION,
                                  and HERITAGE EQUITY GROUP,
                                  INC.

# PROOF OF SERVICE
## 1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, California 90248-4227.

On **December 7, 2005**, I served the foregoing document described as **NOTICE OF SETTLEMENT** on all interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE SERVICE LIST ATTACHED**

☒ **BY MAIL**:
  ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **\*\*BY PERSONAL SERVICE**: I delivered such envelope by hand to the offices of the addressee.

☐ **BY FACSIMILE**: The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service/mailing list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e), I caused the facsimile machine to print a transmission record, a true and correct copy of which is attached hereto.

Executed on **December 7, 2005**, at Gardena, California.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Monique Happy

\*\*(For personal service signature must be that of messenger)

## SERVICE LIST

### <u>AIM v. Affinia, et al.</u>
Superior Court of California, County of Sacramento
(Case No. 05AS02872)
United States District Court, Eastern District
(Case No.: 2:05-CV-01577-MCE-PAN)

| | |
|---|---|
| Peter J. Pullen, Esq.<br>Meegan, Hanschu & Kassenbrock<br>1545 River Park Drive, Suite 550<br>Sacramento, CA 95815 | **Attorneys for Plaintiff**<br>**Automotive Importing**<br>**Manufacturing, Inc.**<br>Tel:  916.925.1800<br>Fax:  916.925.1265 |