UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE IMPORTING MANUFACTURING, INC., | No. 2:05-cv-1577-MCE-PAN |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| BECK/ARNLEY WORLDPARTS CORPORATION, et al., | |
| Defendants. | |

Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled as to Defendants Affinia Group, Inc. (erroneously sued herein as Affinia Products Corporation), Beck/Arnley Worldparts Corporation, Dana Corporation, and Heritage Equity Group, Inc., only.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 9, 2006.

///

///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
5 DATED: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE