```
PETER J. PULLEN (State Bar No. 109388)
MARK R. KASSENBROCK (State Bar No. 104574)
```
**MEEGAN, HANSCHU & KASSENBROCK**
```
Attorneys at Law
1545 River Park Drive, Suite 550
Sacramento, CA  95815
Telephone:  (916) 925-1800
Facsimile:  (916) 925-1265
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE IMPORTING MANUFACTURING, INC., <br><br>Plaintiff, <br><br>v. <br><br>DANA CORPORATION, et al., <br><br>Defendants. | Case No. 2:05-CV-01577-MCE-PAN <br>(Removed from Sacramento County Superior Court, Case No. 05AS02872) <br><br>Case Assigned to Honorable Morrison C. England, Jr. |

**ORDER EXTENDING DEADLINE
TO FILE DISPOSITIONAL DOCUMENTS**

Pursuant to the Request for Extension of Deadline to File Dispositional Documents filed with this Court on January 6, 2006, and in accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 23, 2006.

////

////

////

////

////

////

-1-

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any party
3 or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.

Dated: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE