Meegan, Hanschu & Kassenbrock
Peter J. Pullen, Esq., SBN 109388
1545 River Park Drive, Suite 550
Sacramento, CA 95815
Tel:  (916) 925-1800
Fax: (916) 925-1265

Attorneys for Plaintiff AUTOMOTIVE IMPORTING MANUFACTURING, INC.

BOWMAN AND BROOKE LLP
Robert S. Robinson, SBN 131461
Nevin C. Brownfield, SBN 225175
879 West 190th Street, Suite 700
Gardena, California 90248-4227
Tel:  (310) 768-3068
Fax: (310) 719-1019

Attorneys for Defendants AFFINIA GROUP, INC., erroneously sued herein as AFFINIA PRODUCTS CORPORATION, BECK/ARNLEY WORLDPARTS CORPORATION, DANA CORPORATION, and HERITAGE EQUITY GROUP, INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE IMPORTING MANUFACTURING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BECK/ARNLEY WORLDPARTS CORPORATION, a Delaware corporation, DANA CORPORATION, a Virginia corporation, THE CYPRESS GROUP, a New York company, AFFINIA PRODUCTS CORPORATION, a Delaware corporation, also known as AFFINIA or AFFINIA GROUP, INC., and HERITAGE EQUITY GROUP, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | NO:  2:05-CV-01577-MCE-PAN<br>(Removed from Sacramento County Superior Court, Case No. 05AS02872)<br><br>Case Assigned to Honorable Morrison C. England, Jr.<br><br>**STIPULATION OF DISMISSAL AND FOR COURT'S RETENTION OF JURISDICTION; ORDER**<br><br>Action Filed:  06/30/05<br>Trial Date:    None |

**TO THE HONORABLE MORRISON C. ENGLAND, JR., JUDGE OF THE DISTRICT COURT:**

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), and that the Court retain jurisdiction to enforce the Settlement between the Parties.

**IT IS SO STIPULATED.**

DATED: January _____, 2006         MEEGAN, HANSCHU & KASSENBROCK

By: _____
Peter J. Pullen
Attorneys for Plaintiff,
AUTOMOTIVE IMPORTING
MANUFACTURING, INC.

DATED: January ___, 2006         BOWMAN AND BROOKE LLP

By: _____
Robert S. Robinson
Nevin C. Brownfield
Attorneys for Defendant AFFINIA GROUP, INC., sued herein as AFFINIA PRODUCTS CORPORATION, DANA CORPORATION, BECK/ARNLEY WORLDPARTS CORPORATION, and HERITAGE EQUITY GROUP, INC.

# ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that

1. This matter is dismissed with prejudice; and
2. The Court shall retain jurisdiction to enforce the Settlement Agreement between the Parties.

**IT IS SO ORDERED.**

DATED: January 25, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE